UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AFH HOLDING & ADVISORY, LLC, A DELAWARE LIMITED LIABILITY COMPANY, AMIR HESHMATPOUR, AN INDIVIDUAL, STEVE RICHARDS, AN INDIVIDUAL, AND DR. BESSIE (CHIA) SOO, AN INDIVIDUAL, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> v. <br><br> BRUCE STROEVER, AN INDIVIDUAL, JOHN BOOTH, AN INDIVIDUAL, STEPHEN LANEVE, AN INDIVIDUAL, BRET HANKEY, AN INDIVIDUAL, JAMES DELSHAD, AN INDIVIDUAL, AND THE MUSCULOSKELETAL TRANSPLANT FOUNDATION, INC., A DISTRICT OF COLUMBIA CORPORATION, <br><br> Defendant, <br><br> BONE BIOLOGICS CORPORATION, A DELAWARE CORPORATION, <br><br> Nominal Defendant. | CIVIL ACTION NO. 1:18-cv-11612-JCB |

**DEFENDANT, THE MUSCULOSKELETAL TRANSPLANT FOUNDATION, INC.'S MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT**

Now comes Defendant, The Musculoskeletal Transplant Foundation, Inc. ("MTF") and respectfully requests that this Honorable Court dismiss this action against MTF. As grounds therefore, Plaintiffs have failed to state a claim upon which relief may be granted, as required by Rules 8 and 12(b)(6) of the Federal Rules of Civil Procedure. In support of this Motion, MTF incorporates by reference and relies upon its Memorandum in Support, which is filed herewith.

2

THE MUSCULOSKELETAL TRANSPLANT FOUNDATION, INC.

By Its Attorneys,

*/s/ Douglas T. Radigan*
Douglas T. Radigan (BBO #657938)
Jared A. Fiore (BBO #684997)
BOWDITCH & DEWEY, LLP
311 Main Street
P.O. Box 15156
Worcester, MA  01615-0156
Telephone:  508-926-3416
Facsimile:  508-929-3116
E-mail:  dradigan@bowditch.com
E-mail:  jfiore@bowditch.com

CERTIFICATE OF SERVICE

    I certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 22, 2019.

                                              */s/* Douglas T. Radigan
                                              Douglas T. Radigan