**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>AFH Holding & Advisory, LLC et al</u>

       Plaintiff

  V.

<u>Stroever et al</u>

       Defendant

CIVIL ACTION

NO. <u>18-cv-11612-ADB</u>

## **<u>ORDER OF DISMISSAL</u>**

<u>Burroughs, D. J.</u>

    In accordance with the Court's Memorandum and Order dated <u>July 29, 2019,</u> it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                          By the Court,

<u>7/29/2019</u>                                <u>/s/ Christina McDonagh</u>
Date                                     Deputy Clerk